RE: ACCREDITATION OF THE COMMERCIAL LAW LEAGUE OF AMERICA AS A CERTIFYING ORGANIZATION.

No. 365 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 22, 1997.

## ORDER

AND NOW, this 22nd day of August, 1997, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the Commercial Law League of America is hereby accredited as a certifying organization for a period of three years commencing as of the date hereof.